*May 3, 2017*

2017-Ohio-2632.]

**2017-0205.   In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–ELAAM, 12–429–EL–WVR, and 12–672–EL–RDR. On joint motion to consolidate 2017–0205 and 2017–0241 for purposes of briefing and oral argument and request for expedited treatment. Motion denied. Sua sponte, cause dismissed.

**2017-0241.   In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–L–WVR, and 12–672–EL–RDR. On joint motion to consolidate 2017–0205 and 2017–0241 for purposes of briefing and oral argument and request for expedited treatment. Motion denied.

**2016-1904.   U.S. Bank Natl. Assn. v. Lavelle.**
Cuyahoga App. No. 104234, 2016-Ohio-7783. On motion for stay "to grant 26784 Fairfax Lane remain unsold." Motion denied as moot.